IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WILLIAM BRANT,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | **CASE NO. 7:04-CV-41(HL)** |
| : | |
| : | |
| **Warden DONALD BARROW, et al,** : | |
| : | |
| **Defendants** : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 6) filed March 28, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Order and Recommendation within the allotted time.

**SO ORDERED,** this the 11th day of May, 2004.

    **s/ Hugh Lawson**
    **HUGH LAWSON, Judge**
    **United States District Court**