IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM BRANT, | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. 7:04-CV-41(HL) |
| Warden DONALD BARROW; Director of Nursing ELIZABETH FIELDS; ULP LAVERN FRY; Nurse MAPP; and DOCTOR OKORI | |
| Defendants. | |

**RECOMMENDATION**

On march 28, 2005, the undersigned recommended that defendants Barrow and Fields be dismissed from this action (doc. # 6). This recommendation was adopted and made the order of this court on May 11, 2005 (doc. # 11). On August 1, 2006, the undersigned further recommended that the motion for summary judgment filed on behalf of defendants Fry and Mapp be granted (doc. # 27). The court has not yet considered this recommendation.

A review of the electronic docket herein reveals that defendant Okori has not yet been served with a copy of the complaint for want of an appropriate service address. Further review shows that on July 19, 2005, plaintiff was ordered to provide an appropriate service address for this defendant within thirty days of the date of that order (doc. # 22). That order also advised plaintiff that a failure to perfect service [by providing a proper address] would result in a recommendation that defendant Okori be dismissed as a party to this action. Plaintiff has failed to respond to the above order. Accordingly it is the **RECOMMENDATION** of the undersigned that defendant Okori be **DISMISSED** as a party herein. In the event that this recommendation is

adopted and made the order of the court along with the recommendation entered on August 1, 2006, no defendants will remain.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 7th day of August 2006.

                                              */s/ Richard L. Hodge*
                                              RICHARD L. HODGE
                                              UNITED STATES MAGISTRATE JUDGE