# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **WILLIAM BRANT,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. |
| | : 7:04-CV-41 (HL) |
| **LAVERN FRY, et al.,** | : |
| **Defendants.** | : |

## ORDER

Before the Court is a Report and Recommendation (Doc. 27) from United States Magistrate Judge Richard L. Hodge that recommends granting the Motion for Summary Judgment (Doc.23) filed by Defendants Fry and Mapp. Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered Defendants' Motion, Plaintiff's Response, and Judge Hodge's Recommendation. While evidence in the record tends to show that the medical treatment provided by Defendants was less than ideal, the record is devoid of any evidence that would allow a reasonable jury to find that Defendant Fry or Defendant Mapp were deliberately indifferent to Plaintiff's serious medical needs. Accordingly, Judge Hodge's Recommendation is accepted and the Motion for Summary Judgment filed by Defendants Fry and Mapp is granted.

**SO ORDERED**, this the 23rd day of August, 2006.

**/s/ Hugh Lawson**
**HUGH LAWSON, Judge**

scs