# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **WILLIAM BRANT,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. |
| : | 7:04-CV-41 (HL) |
| **LAVERN FRY, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |
| : | |

## ORDER

Before the Court is a Report and Recommendation (Doc. 28) from United States Magistrate Judge Richard L. Hodge that recommends dismissing Defendant Okori due to lack of service. Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered the issue and Judge Hodge's Recommendation. Plaintiff was specifically ordered to provide an appropriate service address for Defendant Okori on July 19, 2005; however, Plaintiff has failed to do so. Therefore, because Defendant Okori has not been properly served with a copy of the complaint, Judge Hodge's Recommendation is accepted and Defendant Okori is dismissed from this action.

**SO ORDERED**, this the 23rd day of August, 2006.


**/s/ Hugh Lawson**
**HUGH LAWSON, Judge**

scs