IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM BRANT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 7:04-CV-41 (HL) |
| LAVERN FRY, et al., | : |
| Defendants. | : |

## ORDER

Before the Court is a Report and Recommendation (Doc. 28) from United States Magistrate Judge Richard L. Hodge that recommends dismissing Defendant Okori due to lack of service. Plaintiff has subsequently filed an objection. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's objection and has made a de novo determination of the portion of the Recommendation to which Plaintiff objects. Plaintiff has had ample opportunity to provide the Court with an appropriate service address for Defendant Okori; however, Plaintiff has failed to do so. Therefore, as Defendant Okori has not been properly served with a copy of the complaint, Judge Hodge's Recommendation is accepted and Defendant Okori is dismissed from this action.

**SO ORDERED**, this the 18th day of October, 2006.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

scs