## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM BRANT, | : |
| Plaintiff, | : |
| v. | :  Case No. 7:04-CV-41 (HL) |
| LAVERN FRY, et al., | : |
| Defendants. | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 61) on Defendants Mapp and Fry's Motion for Summary Judgment (Doc. 56). The R&R recommends granting Defendants' Motion. Plaintiff has filed a timely Objection (Doc. 63). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portion of the R&R to which he objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 15th day of December, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc